J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASSMAN, State Bar #260693
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Susan Didriksen
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HARRIETTE TURIA DAVIS,<br><br>Debtor. | Case No. 10-32082-A-7<br>Chapter 7<br><br>DNL-2<br><br>Date: October 19, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 35<br>501 "I" Street, 6th Floor<br>Sacramento, CA 95814 |

## MOTION TO APPROVE STOCK SALE AGREEMENT

SUSAN DIDRIKSEN ("Trustee") hereby moves for approval of the sale of the estate's ownership interest in Moxie International to the debtor for $45,273, subject to overbidding at the hearing. In support thereof, it is respectfully represented that:

1.  This case was commenced by the filing of a voluntary Chapter 7 petition on May 7, 2010. Trustee is the duly appointed trustee for the debtor's estate.

2.  Among the assets of the bankruptcy estate is the debtor's interest in 1,800 shares (two-thirds of the outstanding shares) in Moxie International, through which the debtor operates a concrete treatment business.

3.  There remains available to the debtor $15,273 unused "wild card" exemption under California Code of Civil Procedure Section 703(b)(5).

4. The debtor desires to buy and Trustee desires to sell the bankruptcy estate's interest in the foregoing property, subject to bankruptcy court approval.

5. The gross purchase price to be paid by the debtor to Trustee is $45,273, payable as follows: (a) $2,500 deposit due upon execution of the agreement; (b) $27,500 due within 10 days of bankruptcy court approval; and (c) waiver of the $15,273 balance available under the "wild card" exemption.

6. In the event the debtor is outbid, Trustee shall promptly return the deposit, and, upon closing, Trustee shall remit to Davis from the sale proceeds the sum of $15,273 on account of the "wild card" exemption.

7. Approving the sale is in the best interests of the estate.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

Dated: September 10, 2010

DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____

J. RUSSELL CUNNINGHAM
Attorneys for Susan Didriksen, Chapter 7 Trustee

2